# AFFIDAVIT OF JASMINE ANAYSIA SMYRE

I, Jasmine Anaysia Smyre, a resident of Iredell County, North Carolina, having been duly sworn or affirmed in the presence of the undersigned notary, depose and state that I am an adult at least 18 years old and competent to give the testimony below. I make the following statements of fact from my personal knowledge, except as to statements specifically identified below as made upon information and belief, which I believe to be true and for which the source of information and the basis for my belief are stated.

1. I was employed as a waitress by Sorrento, LLC, d/b/a Sorrento's Pizzeria & Italian Restaurant ("Sorrento's"), located in Statesville, North Carolina between [Month, Year] August, 2023 and [Month, Year] April, 2021.

2. During my employment at Sorrento's, I worked with co-owners Antonio Mari and Antonio Ladonea, and managers Erik Chicas and Adriana Muja.

3. I personally observed behavior by Erik Chicas and Antonio Mari that I would describe as highly offensive, atrocious, wrong, immoral, hostile, inappropriate, disrespectful, extreme, and retaliatory.

4. Specifically, I personally observed Erik Chicas and Antonio Mari make sexual advances toward female employees at Sorrento's. I formed the impression that many of those sexual advances were unwanted, as the female employees often told them to stop and/or expressed disapproval.

5. I personally observed Erik Chicas and Antonio Mari make vulgar and sexually-charged jokes and comments in front of, and concerning, female employees of Sorrento's.

6. I personally observed Erik Chicas grope female employees on their breasts, butts, and other places without getting consent. On one occasion, Erik Chicas swiped a female employee's butt-crack and then smelled his hand in front of others at the restaurant.

7. One one occasion, my mother came to the restaurant. Despite Antonio Mari being married, Antonio Mari expressed interest in my mother and asked me to hook them up. I stated, "No, she has a boyfriend." Antonio Mari responded that he did not care, instructing me to tell her that he is rich.

8. Antonio Mari had a sexual relationship with a female employee K.M., and they would have sex in the restaurant's office. Antonio Mari bought a car for K.M. When K.M. lost interest

in having sex with Antonio Mari, Antonio Mari demanded that K.M. return the car. When she did, Antonio Mari yelled at her for leaving a cigarette smell in the car.

9. In addition to K.M.'s car, I observed and heard about Antonio Mari buying gifts for, and showing favoritism to, female employees in which he had expressed sexual interest. Antonio Mari paid for manicures and pedicures for some female employees; he took others on a shopping-spree at the mall where I heard he spent a lot of money. Antonio Mari also took K.M. on a "date" during work where she was permitted to stay "on the clock."

10. When Antonio Ladonea learned that Antonio Mari was having sex with an employee at the restaurant, Antonio Ladonea removed the door from the office.

11. I formed the impression that Antonio Ladonea disapproved of Antonio Mari's behavior at the restaurant; however, Antonio Ladonea would not do anything to stop it because they were business partners. I further formed the impression that Antonio Ladonea would not take such an action unless the behavior was affecting the profitability or reputation of the restaurant (i.e. investment).

12. Sorrento's was a hostile work environment. In addition to the rampant sexual harassment that I saw and experienced, I observed Antonio Mari routinely yell, verbally abuse female employees, and throw objects.

13. On one occasion, Antonio Mari became enraged and threw a piece of bread across the kitchen. The bread flew right past my face and scared me.

14. I heard from multiple employees, but did not personally see, that Antonio Mari physically hit Adriana Muja. I also heard that Antonio Mari held a knife to Adriana Muja's face.

15. I observed Adriana Muja before and after she began talking about Antonio Mari physically and verbally abusing her. Before, Adriana Muja was a happy and fun person. After, she was sullen, depressed, and very stressed-out and anxious. Adriana Muja became a completely different person at Sorrento's. I formed the impression that this drastic change was caused by Antonio Mari's abusive treatment of her.

16. In my experience, Adriana Muja was an exemplary employee. Adriana Muja showed up to work on time, kept Antonio Mari and Antonio Ladonea informed and did what they asked, and performed her duties very well. I neither observed nor heard about any legitimate reason for her termination. The only reason Adriana Muja ever called out, which was seldom, was when she needed to do something for her family (like care for a sick child).

17. Sometime in 2023, I learned that Adriana Muja was documenting evidence of improper pay practices and workplace safety issues.
18. I believe that Sorrento's was violating wage and hour laws. Specifically, I received multiple paychecks for zero dollars despite working. I confronted Antonio Mari, Antonio Ladonea, and Erik Chicas about the zero-dollar checks and other suspicious pay-related issues on separate occasions, and they always told me to check with the "book-keeper." However, I was never given the name or contact information for the book-keeper – I only saw her a couple of times during my employment at Sorrento's.
19. There were multiple occasions where I did not receive full wages for my hours worked, as well as multiple occasions when my taxes were not withheld as I instructed.
20. I was never made aware of any pay-related policies or practices at Sorrento's, including any changes in such policies or practices.
21. On one occasion, Antonio Mari closed the restaurant and instructed me and other employees to scrub the floors. Antonio Mari stated that we were being paid $2.13 per hour for the work, which was the standard pay for waiters before tips. Because there were no tips for this work, the total amount on the next paycheck would have been less than minimum wage. However, my next check was for zero dollars. I was not even paid for my work scrubbing the floors. We felt like slaves.
22. Upon information and belief, Antonio Mari and Antonio Ladonea were using our wages to pay illegal immigrants who were working in the kitchen (who were paid differently than the American citizen employees).
23. Antonio Mari was very arrogant. Antonio Mari often stated that he could do whatever he wanted. I believe the fact that he sponsored the local sheriff's office contributed to his view that he was "above the law."
24. Antonio Mari routinely became upset at employees, often for reasons that I did not think were serious, and then terminated the employee. Antonio Mari would say, "Get the fuck out!" or, if instructing a manager to terminate, "Tell her to get the fuck out!"

State of North Carolina

_____ County

Signed and affirmed before me on  10/4/24  by  Jasmine Araysa Smyre
                                  Date                Printed Name of Affiant

who is proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Signature of Notary Public

My commission expires:  2-9-26              Notary Public, North Carolina Stamp/Seal



LOUISE DENIELLE MCILVAIN
Notary Public
Catawba County
NORTH CAROLINA