AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| Adriana Muja <br> *Plaintiff* <br> v. <br> Sorrento, LLC. d/b/a Sorrento's Italian Restaurant <br> *Defendant* | Case No. 5:24-cv-221 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ADRIANA MUJA, PLAINTIFF.

Date: 10/15/2024

/S/JACOB J. MODLA
*Attorney's signature*

JACOB MODLA #17534
*Printed name and bar number*
115 ELK AVENUE
ROCK HILL, SC 29730

*Address*

JAKE@CROMERBABB.COM
*E-mail address*

(803) 799-9530
*Telephone number*

*FAX number*

Case 5:24-cv-00221-KDB-DCK    Document 3    Filed 10/15/24    Page 1 of 1