IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| ADRIANA MUJA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 5:24-cv-221 |
| | ) | |
| SORRENTO, LLC d/b/a SORRENTO'S | ) | |
| ITALIAN RESTAURANT & PIZZERIA, | ) | |
| and ANTONIO MARI (Individually), | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS

Defendants Sorrento, LLC d/b/a Sorrento's Italian Restaurant & Pizzeria ("Sorrento") and Antonio Mari ("Mari" or "Defendant Mari"), by the undersigned, moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Plaintiff's Complaint with prejudice.

In support of this motion, Defendants provide the Court with the accompanying memorandum of law.

This the 9th day of December, 2024.

s/ Kevin V. Parsons, NC State Bar No. 19226
Margaret Taviano, NC State Bar No. 61506
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, North Carolina 28277
Phone: 704-557-9929
Fax: 704-557-9932
Kevin.Parsons@lewisbrisbois.com
Margaret.Taviano@lewisbrisbois.com

*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "Defendants' Motion to Dismiss" was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification to the following:

>Ian M. McRary
>McRary Law, PLLC
>231 Government Avenue SW, #1094
>Hickory, North Carolina 28603
>ian@mcrarylaw.com
>
>Jacob J. Modla
>Cromer Babb & Porter
>115 Elk Avenue
>Rock Hill, SC 29730
>jake@cromerbabb.com

This the 9th day of December, 2023.

/s/ Kevin V. Parsons