IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| ADRIANA MUJA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:24-cv-221 |
| | ) |
| SORRENTO, LLC d/b/a SORRENTO'S | ) |
| ITALIAN RESTAURANT & PIZZERIA, | ) |
| and ANTONIO MARI (Individually), | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW,** Margaret Taviano of Lewis Brisbois Bisgaard & Smith LLP, counsel of record for Sorrento, LLC d/b/a Sorrento's Italian Restaurant & Pizzeria and Antonio Mari (hereafter "Sorrento, LLC") in the above captioned case, pursuant to Local Civil Rule 83.1, to hereby give her notice of withdrawal as counsel of record for Defendant Sorrento, LLC due to her separation from Lewis Brisbois Bisgaard & Smith LLP effective August 5, 2025. Kevin V. Parsons of Lewis Brisbois Bisgaard & Smith, LLP will remain as counsel of record for Defendant Sorrento, LLC. Mr. Parsons is aware of and will comply with all pending deadlines in this case, including proceeding with any trial or hearings.

Respectfully submitted, this the 4th day of August, 2025.

s/Margaret Taviano
NC State Bar No. 61506
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, North Carolina 28277
Phone: 704-557-9929
Fax: 704-557-9932
Email: Margaret.Taviano@lewisbrisbois.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing "Motion to Withdraw as Counsel" was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification to the following:

>Ian M. McRary
>McRary Law, PLLC
>231 Government Avenue SW, #1094
>Hickory, North Carolina 28603
>ian@mcrarylaw.com
>
>Jacob J. Modla
>Cromer Babb & Porter
>115 Elk Avenue
>Rock Hill, SC 29730
>jake@cromerbabb.com

This the 4th day of August, 2025.

/s/ Margaret Taviano