**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION**

| | | |
|---|---|---|
| **ADRIANA MUJA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:24-cv-221** |
| | ) | |
| **SORRENTO, LLC d/b/a SORRENTO'S** | ) | |
| **ITALIAN RESTAURANT & PIZZERIA,** | ) | |
| **and ANTONIO MARI (Individually),** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

THIS CAUSE comes before the Court on the Motion to Withdraw as Counsel filed by Margaret Taviano, requesting that attorney Margaret Taviano, pursuant to Local Civil Rule 83.1, be allowed to withdraw as counsel of record. As grounds for withdrawal, Ms. Taviano states that she will separate from Lewis Brisbois Bisgaard & Smith LLP, on August 5, 2025. Kevin V. Parsons of Lewis Brisbois Bisgaard & Smith, LLP will remain as counsel of record for Defendant Sorrento, LLC d/b/a Sorrento's Italian Restaurant & Pizzeria and Antonio Mari. Defendants have been notified of Ms. Taviano's departure and have given consent to her withdrawal. It appearing to the undersigned that good causes exists for the withdrawal, and that the parties will not be prejudiced by such withdrawal, the withdrawal is allowed.

IT IS SO ORDERED this _____ day of August, 2025

_____
UNITED STATES DISTRICT COURT JUDGE