# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CASE NO. 5:24-CV-221-KDB-DCK

| | |
|---|---|
| ADRIANA MUJA, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| SORRENTO, LLC, and ANTONIO MARI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Margaret Taviano's "Motion To Withdraw As Counsel" (Document No. 11) filed August 4, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion as moot.

By the instant motion, Margaret Taviano seeks permission to withdraw as counsel of record for Defendants. (Document No. 11). However, Attorney Taviano is not currently listed as counsel of record for Defendants in this matter.

**IT IS, THEREFORE, ORDERED** that Margaret Taviano's "Motion To Withdraw As Counsel" (Document No. 11) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendants will continue to be represented by Kevin V. Parsons of Lewis Brisbois Bisgaard & Smith LLP.

**SO ORDERED**.

Signed: August 4, 2025

David C. Keesler
United States Magistrate Judge