IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:24-CV-221-KDB-DCK

| | |
|---|---|
| Adriana Muja<br><br>Plaintiff,<br><br>v.<br><br>Sorrento, LLC d/b/a Sorrento's Italian Restaurant & Pizzeria, and Antonio Mari (individually)<br><br>Defendants. | **Motion for Extension of Time to File Answer** |

NOW COME Defendants, Sorrento, LLC d/b/a Sorrento's Italian Restaurant & Pizzeria (Defendant Sorrento), by and through counsel, and Antonio Mari (Defendant Mari), individually, by and through counsel, and move the Court to extend the deadline Defendants to answer from August 27, 2205 to September 17, 2025. In support of this Motion, Defendants submit the following to the Court:

1. Antonio Mari recently retained attorney Elizabeth Vennum to represent him individually.

2. Defendants' deadline to answer Plaintiff's Complaint is currently August 27, 2025.

3. Defendants seek this additional time so that Defendant Mari's counsel can review case materials and coordinate with Defendant Sorrento's counsel in responding to Plaintiff's Complaint.

4. Defendants make this motion in good faith and not for the purpose of unnecessary

delay.

5.	Counsel for Defendants conferred with Counsel for Plaintiffs, who do not object to the requested extension of time.

6.	Defendants seek a three-week extension of time through September 17, 2025 in which to file their Answer to Plaintiff's Complaint.

7.	A proposed Order will be submitted herewith.

THEREFORE, the Parties respectfully request the Court extend the deadline for Defendants to Answer the Complaint from August 27, 2025 to September 17, 2025.

This, the 22nd day of August, 2025

| HULL & CHANDLER | LEWIS BRISBOIS BISGAARD & SMITH |
|---|---|
| By: */s/ Elizabeth Vennum*<br>Elizabeth Vennum<br>N.C. State Bar No. 49747<br>Hull & Chandler<br>1009 East Boulevard<br>Charlotte, NC 28203<br>Tel. (704) 375-8488<br>Fax (704) 375-8487<br>lvennum@lawyercarolina.com<br>*Counsel for Defendant Mari* | By: */s/ Kevin V. Parsons*<br>Kevin V. Parsons<br>NC State Bar No. 19226<br>Lewis Brisbois Bisgaard & Smith LLP<br>521 East Morehead Street, Suite 250<br>Charlotte, North Carolina 28277<br>Phone: 704-557-9929<br>Fax: 704-557-9932<br>Kevin.Parsons@lewisbrisbois.com<br>*Counsel for Defendant Sorrento, LLC* |

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification to the following:

**Ian M. McRary**
McRary Law, PLLC
231 Government Avenue SW, #1094
Hickory, North Carolina 28603
ian@mcrarylaw.com

**Jacob J. Modla**
Cromer Babb & Porter
115 Elk Avenue
Rock Hill, SC 29730
jake@cromerbabb.com

*Counsel for Plaintiff*

This the 22nd day of August, 2025.

**Hull & Chandler**

By: /s/ Elizabeth Vennum
Elizabeth Vennum