# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:24-CV-221-KDB-DCK

| | |
|---|---|
| ADRIANA MUJA, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| SORRENTO, LLC, and ANTONIO MARI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Motion For Extension Of Time To File Answer" (Document No. 15) filed August 22, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting no objection from Plaintiff, the undersigned will grant the motion.

By the instant motion, Defendants move to extend their deadline to file an Answer "from August 27, [2025], to September 17, 2025." (Document No. 15).

The undersigned observes that Defendants filed a "…Motion To Dismiss" (Document No. 4) pursuant to Fed.R.Civ.P. 12(b)(6) on December 9, 2024, which remains pending. Pursuant to Fed.R.Civ.P. 12(a)(4), it appears Defendants' Answer is not yet due. ("Unless the court sets a different time…the responsive pleading must be served within 14 days after notice of the court's action."). Nonetheless, the Court will allow Defendants' request.

The undersigned further observes that Defendants' deadline to file objections to the pending "Memorandum And Recommendation" (Document No. 13) on "Defendants' Motion To Dismiss" (Document No. 4) remains August 27, 2025. This deadline is unlikely to be extended.

**IT IS, THEREFORE, ORDERED** that Defendants' "Motion For Extension Of Time To File Answer" (Document No. 15) is **GRANTED**. Defendants may file an Answer to Plaintiff's "Complaint" (Document No. 1) on or before **September 17, 2025**.

**IT IS FURTHER ORDERED** that the parties shall file a "Certificate Of Settlement Conference" on or before **September 17, 2025**. <u>See</u> 5:19-MC-005-KDB (Document No. 2) (W.D.N.C. July 16, 2019).

**IT IS FURTHER ORDERED** that objections to the "Memorandum And Recommendation" (Document No. 13), if any, shall be filed on or before **August 27, 2025**.

**SO ORDERED**.

Signed: August 22, 2025

_____
David C. Keesler
United States Magistrate Judge