IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:24-CV-221-KDB-DCK

| | |
|---|---|
| **Adriana Muja**<br><br>**Plaintiff,**<br><br>v.<br><br>**Sorrento, LLC d/b/a Sorrento's Italian Restaurant & Pizzeria, and Antonio Mari (individually)**<br><br>**Defendants.** | **Consent Motion for Extension of Time to File Certificate of Settlement Conference** |

NOW COMES Defendants, Antonio Mari (Defendant Mari), by and through counsel, and moves this Court for an extension of time for all Parties to file the Certificate of Settlement Conference. In support of this Motion, Defendant Mari states as follows:

1. The Current deadline for the parties to file the Certificate of Settlement Conference is

   September 17, 2025.

2. Counsel for Plaintiffs, Jacob Modla, recently underwent knee surgery and will be unavailable for at least three weeks.

3. Defendants make this motion in good faith and not for the purpose of unnecessary delay.

4. Counsel for Defendant Sorrento, LLC as well as Counsel for Plaintiff consent to this Motion for Extension of Time.

5. Defendant Mari respectfully requests a three-week extension of time though Wednesday, October 8, 2025 for the Parties to file the Certificate of Settlement Conference.

THEREFORE, Defendant Mari respectfully requests the Court extend the deadline for all Parties to file a Certificate of Settlement Conference through October 8, 2025.

Respectfully submitted,

This the 14th day of September 2025

**HULL & CHANDLER. P.A**

By: */s/ Elizabeth Vennum*
Elizabeth Vennum
N.C. State Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, NC 28203
Tel. (704) 375-8488
Fax (704) 375-8487
lvennum@lawyercarolina.com
*Counsel for Defendant Mari*

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification to the following:

**Kevin V. Parsons**
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, North Carolina 28277
Kevin.Parsons@lewisbrisbois.com
*Counsel for Defendant Sorrento, LLC*

**Ian M. McRary**
McRary Law, PLLC
231 Government Avenue SW
#1094
Hickory, North Carolina 28603
ian@mcrarylaw.com
*Counsel for Plaintiff*

**Jacob J. Modla**
Cromer Babb & Porter
115 Elk Avenue
Rock Hill, SC 29730
jake@cromerbabb.com
*Counsel for Plaintiff*

This the 14th day of September 2025.

By:     */s/ Elizabeth Vennum*
        Elizabeth Vennum
        N.C. State Bar No. 49747
        Hull & Chandler
        1009 East Boulevard
        Charlotte, NC 28203
        Tel. (704) 375-8488
        Fax (704) 375-8487
        lvennum@lawyercarolina.com
        *Counsel for Defendant Mari*