IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-221-KDB-DCK

| | | |
|---|---|---|
| ADRIANA MUJA, | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| SORRENTO, LLC, and ANTONIO MARI, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant Antonio Mari's "Consent Motion For Extension Of Time To File Certificate Of Settlement Conference" (Document No. 18) filed September 14, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant Antonio Mari's "Consent Motion For Extension Of Time To File Certificate Of Settlement Conference" (Document No. 18) is **GRANTED**. The parties shall file a Certificate Of Settlement Conference on or before **October 8, 2025**.

**SO ORDERED**.

Signed: September 15, 2025

David C. Keesler
United States Magistrate Judge