| | |
|---|---|
| Adriana Muja )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>) **CERTIFICATE OF SETTLEMENT**<br>) **CONFERENCE**<br>Sorrento, LLC d/b/a Sorrento's Italian )<br>Restaurant & Pizzeria, and Antonio Mari )<br>(individually) )<br>)<br>**Defendant.** ) | |

  The parties to this action hereby certify that they have met in person and/or by telephone and discussed in good faith if this matter can be resolved without the need for further proceedings in this Court. The results of those settlement negotiations are:

☐ The parties have agreed to resolve this case by a voluntary settlement. A notice of dismissal of the action will be filed within 14 days.

☑ The parties have not yet reached a settlement but believe they may be able to do so through a Mediation or the assistance of the Court. The Mediator selected by the parties is  Sarah Kromer         . The parties request a stay of this action for up to 60 days to conduct the Mediation and/or engage in additional settlement discussions.
[**Applicable only for the Initial Settlement Conference**].

☐ The parties have not yet been able to resolve this case through a voluntary settlement.

**Counsel's signatures on following page**

*[signature for Plaintiff(s)' counsel]*      *[signature for Defendant(s)' counsel]*

                      /s/ Antonio Mari
                       (individually)

                       /s/ Antonio P. Ladonea
                       /s/ Antonio Mari
                       on behalf of Sorrento's LLC

   /s/ Adriana Muja

*[signature for Plaintiff(s)]\**            *[signature for Defendant(s)]\**

*A party's signature certifies that the party has received a copy of the Court's Standing Order Requesting an Initial Settlement Conference, has read its contents, has participated directly or conferred with counsel in detail regarding the settlement discussions between or among the parties.

/s/ Ian M. McRary
Ian M. McRary
NC Bar No. 43057
McRary Law, PLLC
231 Government Avenue SW, #1094
Hickory, North Carolina 28603
ian@mcrarylaw.com
*Counsel for Plaintiff*

/s/ Jacob J. Modla
Jacob J. Modla
NC Bar No. 17534
Cromer Babb & Porter
115 Elk Avenue
Rock Hill, SC 29730
jake@cromerbabb.com
*Counsel for Plaintiff*

s/ Kevin V. Parsons
Kevin V. Parsons
NC Bar No. 19226
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, North Carolina 28277
Phone: 704-557-9929
Fax: 704-557-9932
Kevin.Parsons@lewisbrisbois.com
*Counsel for Defendant Sorrento's LLC*

/s/ Elizabeth Vennum
Elizabeth Vennum
NC Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, North Carolina 28203
Phone: 704-375-8488
Fax: 704-375-8487
lvennum@lawyercarolina.com
*Counsel for Defendant Mari*