IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:24-CV-221-KDB-DCK

| | |
|---|---|
| ADRIANA MUJA, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| SORRENTO, LLC, and ) | |
| ANTONIO MARI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Certificate Of Settlement Conference" (Document No. 23) filed October 7, 2025. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the parties' filing and the record, the undersigned will grant the request for a stay.

By the instant filing, the parties report that they have not yet reached a settlement, but believe they may be able to do so with the assistance of Mediator Sarah Kromer. (Document No. 23). The parties seek a stay of sixty (60) days to continue settlement discussions. Id.

**IT IS, THEREFORE, ORDERED** that this matter is **STAYED** through **December 5, 2025**.

**IT IS FURTHER ORDERED** that the parties shall file either (1) a Notice Of Settlement or (2) a Joint Status Report and a revised Certification of Initial Attorney's Conference pursuant to LCvR 16.1, on or before **December 9, 2025**.

**SO ORDERED.**   Signed: October 7, 2025

_David C. Keesler_
United States Magistrate Judge