IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:24-CV-221-KDB-DCK

| Adriana Muja | |
|---|---|
| **Plaintiff,** | |
| v. | **Joint Status Report** |
| Sorrento, LLC d/b/a Sorrento's Italian Restaurant & Pizzeria, and Antonio Mari (individually) | |
| **Defendants.** | |

Pursuant to the Court's October 7, 2025 Order staying this matter through December 5, 2025 (ECF No. 25), the Parties respectfully submit this Joint Status Report.

### 1. Status of Settlement Efforts

The Parties were unable to schedule mediation and believe that, absent discovery or further progression of the case, settlement discussions are unlikely to be productive at this time.

### 2. Proposal for Further Proceedings / Scheduling

a. The Parties propose that the stay be lifted and that the Court enter a scheduling order.

b. In conjunction with this Joint Status Report, the Parties are submitting a Revised Certification and Report of Fed. R. Civ. P. 26(f) Conference and Discovery Plan per LCvR 16.1.

Respectfully submitted,

This the 8th day of December, 2025.

/s/ Ian M. McRary
Ian M. McRary
NC Bar No. 43057
McRary Law, PLLC
231 Government Avenue SW, #1094
Hickory, North Carolina 28603
ian@mcrarylaw.com
*Counsel for Plaintiff*

/s/ Jacob J. Modla
Jacob J. Modla
NC Bar No. 17534
Cromer Babb & Porter
115 Elk Avenue
Rock Hill, SC 29730
jake@cromerbabb.com
*Counsel for Plaintiff*

s/ Kevin V. Parsons
Kevin V. Parsons
NC Bar No. 19226
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, North Carolina 28277
Phone: 704-557-9929
Fax: 704-557-9932
Kevin.Parsons@lewisbrisbois.com
*Counsel for Defendant Sorrento, LLC*

/s/ Elizabeth Vennum
Elizabeth Vennum
NC Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, North Carolina 28203
Phone: 704-375-8488
Fax: 704-375-8487
lvennum@lawyercarolina.com
*Counsel for Defendant Mari*