IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:24-CV-221-KDB-DCK

| | |
|---|---|
| **Adriana Muja**<br><br>**Plaintiff,**<br><br>v.<br><br>**Sorrento, LLC d/b/a Sorrento's Italian Restaurant & Pizzeria, and Antonio Mari (individually)**<br><br>**Defendants.** | **Joint Motion for Entry of Protective Order** |

The Parties hereby jointly move the Court, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, to enter the proposed protective order attached hereto and incorporated by reference as **Exhibit A**. Plaintiff and Defendants acknowledge that the Parties may seek information or documents through discovery that are or may be considered to be confidential by another Party. Accordingly, the Parties have stipulated and agreed for purposes of the above-captioned litigation to the proposed protective order attached as Exhibit A and respectfully move the Court for entry of this proposed protective order.

WHEREFORE, the Parties jointly move the Court for entry of their agreed-upon protective order (Exhibit A).

Respectfully Submitted,

This the 30th day of December, 2025.

/s/ Ian M. McRary
Ian M. McRary
NC Bar No. 43057
McRary Law, PLLC
231 Government Avenue SW, #1094
Hickory, North Carolina 28603
ian@mcrarylaw.com
*Counsel for Plaintiff*

/s/ Jacob J. Modla
Jacob J. Modla
NC Bar No. 17534
Cromer Babb & Porter
115 Elk Avenue
Rock Hill, SC 29730
jake@cromerbabb.com
*Counsel for Plaintiff*

s/ Kevin V. Parsons
Kevin V. Parsons
NC Bar No. 19226
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, North Carolina 28277
Phone: 704-557-9929
Fax: 704-557-9932
Kevin.Parsons@lewisbrisbois.com
*Counsel for Defendant Sorrento's LLC*

/s/ Elizabeth Vennum
Elizabeth Vennum
NC Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, North Carolina 28203
Phone: 704-375-8488
Fax: 704-375-8487
lvennum@lawyercarolina.com
*Counsel for Defendant Mari*

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send notification to the following:

Ian M. McRary
McRary Law, PLLC
231 Government Avenue SW, #1094
Hickory, North Carolina 28603
ian@mcrarylaw.com
*Counsel for Plaintiff*

Jacob J. Modla
Cromer Babb & Porter
115 Elk Avenue
Rock Hill, SC 29730
jake@cromerbabb.com
*Counsel for Plaintiff*

Kevin Parsons
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, North Carolina 28277
Kevin.Parsons@lewisbrisbois.com
*Counsel for Defendant Sorrento, LLC*

This the 30th day of December, 2025.

**HULL & CHANDLER**

/s/ Elizabeth Vennum
Elizabeth Vennum
NC Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, North Carolina 28203
Phone: 704-375-8488
Fax: 704-375-8487
lvennum@lawyercarolina.com
*Counsel for Defendant Mari*