IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Statesville DIVISION
CIVIL CASE NO. 5:24-CV-221-KDB-DCK

Adriana Muja )
)
**Plaintiff(s),** )
)
vs. ) **DESIGNATION OF MEDIATOR**
)
Sorrento, LLC d/b/a Sorrento's )
Italian Restaurant and Pizzeria )
and Antonio Mari (individually) )
**Defendant(s).**

Pursuant to the Pretrial Order and Case Management Plan entered December 15, 2025, counsel for Plaintiff(s)/Defendant(s), on behalf of all parties, submit this report stating the identity of the mediator upon whom the parties have agreed. The parties agree upon and have selected the following individual to serve as mediator in the above-captioned case:

Sarah Kromer
_____
_____

Respectfully submitted this 10th day of February, 2026.

/s/ Ian M. McRary
Ian M. McRary
NC Bar No. 43057
McRary Law, PLLC
231 Government Avenue SW, #1094
Hickory, North Carolina 28603
ian@mcrarylaw.com
*Counsel for Plaintiff*

/s/ Jacob J. Modla
Jacob J. Modla
NC Bar No. 17534
Cromer Babb & Porter
115 Elk Avenue
Rock Hill, SC 29730
jake@cromerbabb.com
*Counsel for Plaintiff*

s/ Kevin V. Parsons
Kevin V. Parsons
NC Bar No. 19226
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, North Carolina 28277
Phone: 704-557-9929
Fax: 704-557-9932
Kevin.Parsons@lewisbrisbois.com
*Counsel for Defendant Sorrento, LLC*

/s/ Elizabeth Vennum
Elizabeth Vennum
NC Bar No. 49747
Hull & Chandler
1009 East Boulevard
Charlotte, North Carolina 28203
Phone: 704-375-8488
Fax: 704-375-8487
lvennum@lawyercarolina.com
*Counsel for Defendant Mari*