## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CASE NO: 5:24-CV-00221

**FILED**
Statesville, NC

AUG - 3 2026

Clerk, US District Court
Western District of NC

| | | |
|---|---|---|
| ADRIANA MUJA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATION OF** |
| SORRENTO, LLC d/b/a SORRENTO'S | ) | **MEDIATION SESSION** |
| ITALIAN RESTAURANT & PIZZERIA, | ) | |
| and ANTONIO MARI, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

The undersigned mediator reports the following result of a Mediated Settlement Conference held on July 30, 2026.

1.      The following individuals, parties, corporate representatives, and/or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

    __X__      All individual parties and their counsel.

    __X__      Designated corporate and organizational representatives.

    _____      Required claims professionals.

    _____      Other (describe).

2.      The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:   __Not Applicable__ .

3.      The outcome of the mediation session was:

_____      The parties have reached an impasse.

__X__      The case has completely settled. Counsel will promptly notify the Court of settlement by:

    _____      The filing of a settlement agreement signed by the parties within thirty (30) days of the filing of this report.

    __X__      The filing of a stipulation of dismissal signed by the parties within thirty (30) days of the filing of this report.

_____      The case has been partially resolved.  Counsel will file a joint stipulation regarding those claims which have been resolved within thirty (30) days of the

filing of this report. The report shall also contain a brief summary of the remaining issues for the Court to resolve.

I certify that the above is a true and accurate report regarding the result of the Mediated Settlement Conference.

This 31st day of July, 2026.

Sarah Kromer, Mediator

Sarah J. Kromer PLLC
7615 Colony Road, Suite 210
Charlotte, North Carolina 28226
Phone: (704) 688-5040
Email: sarah@sarahkromer.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this date served counsel for all parties with the Certification of Mediation Session by sending a copy thereof to the following via email and U.S. mail:

Mr. Jake Modla
Cromer Babb & Porter, LLC
1418 Laurel Street, Suite A
Columbia, SC 29201
jake@cromerbabb.com

Mr. Ian McRary
McRary Law, PLLC
231 Government Avenue
Hickory, NC 28603
ian@mcrarylaw.com

Mr. Kevin Parsons
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, NC 28202
kevin.parsons@lewisbrisbois.com

Ms. Liz Vennum
Hull & Chandler, P.A.
1009 East Boulevard
Charlotte, NC 28203
lvennum@lawyercarolina.com

This 31st day of July, 2026.

_____
Sarah Kromer, Mediator

Sarah J. Kromer PLLC
7615 Colony Road, Suite 210
Charlotte, North Carolina 28226
Phone: (704) 688-5040
Email: sarah@sarahkromer.com