# Sarah J. Kromer
## ———PLLC———
### Attorney at Law
7615 Colony Road, Suite 210
Charlotte, North Carolina 28226
Phone: 704-688-5040
sarah@sarahkromer.com

July 31, 2026

Clerk of Court
United States District Court
For the Western District of North Carolina
United States Courthouse
200 West Broad Street
Statesville, NC 28677

RE: *Adriana Muja v. Sorrento, LLC d/b/a Sorrento's Italian Restaurant & Pizzeria, and Antonio Mari; United States District Court for the Western District of North Carolina, Statesville Division, Civil Action No. 5:24-CV-00221*

Dear Sir/Madam:

Enclosed please find for filing a Certification of Mediation Session in the above case. Thank you for your assistance in this matter. Please let me know if you have any questions.

Best regards,

Sarah J. Kromer

Enclosure

cc: Mr. Jacob Modla
Mr. Ian McRary
Mr. Kevin Parsons
Ms. Liz Vennum