Sarah J. Kromer PLLC
7615 Colony Road, Suite 210
Charlotte, NC 28226

CHARLOTTE NC LPC 281

1 AUG 2026  PM 03



PITNEY BOWES
$0.78⁰
US POSTAGE
FIRST-CLASS
028W0002311246
2000433534
ZIP 28226
JUL 30 2026

**RECEIVED**
Statesville, NC

AUG - 3 2026

Clerk, US District Court
Western District of NC

Clerk of Court
United States Courthouse
200 West Broad Street, Rm 304
Statesville, NC 28677

28677-525800