**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
Case No.: 5:24-CV-221-KDB-DCK

| | |
|---|---|
| Adriana Muja,<br><br>        Plaintiff,<br><br>   vs.<br><br>Sorrento, LLC d/b/a Sorrento's Italian Restaurant & Pizzeria, and Antonio Mari (individually),<br><br>        Defendants. | **JOINT STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

        PURSUANT TO RULE 41(a)(1), FRCP, and by and through their respective undersigned counsel, Plaintiff and Defendants stipulate to dismiss all causes of action against all Defendants with prejudice. The parties will bear their respective own costs and fees.

**PLAINTIFF SO STIPULATES:**

BY: _/s/Jacob J. Modla_           .
Jacob J. Modla (NC Bar #17534)
Cromer Babb & Porter, LLC
P.O. Box 11675
Columbia, South Carolina 29211
jake@cromerbabb.com


BY: _/s/Ian M. McRary_           .
Ian M. McRary (NC Bar #43057)
McRary Law, PLLC
231 Government Avenue SW, #1094
Hickory, North Carolina 28603
ian@mcrarylaw.com
*Attorneys for Plaintiff*

**DEFENDANTS SO STIPULATE:**

BY: /s/*Elizabeth Vennum*           .
Elizabeth Vennum (NC Bar #49747)
Hull & Chandler, P.A.
1009 East Boulevard
Charlotte, North Carolina 28203
lvennum@lawyercarolina.com
*Attorneys for Defendant Mari*


BY: _/s/Kevin V. Parsons_           .
Kevin V. Parsons (NC Bar #19226)
Lewis Brisbois Bisgaard & Smith LLP
521 East Morehead Street, Suite 250
Charlotte, North Carolina 28277
Kevin.Parsons@lewisbrisbois.com
Taylor.Farrier@lewisbrisbois.com
*Attorneys for Defendant Sorrento, LLC*